Beau B. Bump (Wyo. State Bar No. 7-5014)
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY  82003-1347
307.778.4200
bbbump@hollandhart.com

ATTORNEYS FOR DEFENDANT
DUKE ENERGY RENEWABLES, INC.

# IN THE UNITED STATE DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **UNITED STATE OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 13-CR-268-R** |
| | ) | |
| **DUKE ENERGY RENEWABLES, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

---

### ENTRY OF APPEARANCE OF BEAU B. BUMP

---

Beau B. Bump, with the law firm of Holland & Hart LLP, hereby enters his appearance as counsel for Defendant Duke Energy Renewables, Inc. for all purposes in the above-entitled matter.

DATED November 16, 2017.

/s/ Beau B. Bump
Beau B. Bump (Wyo. State Bar No. 7-5014)
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY  82003-1347
Telephone:  307.778.4200
Facsimile:  307.778.8175
bbbump@hollandhart.com

ATTORNEYS FOR DEFENDANT
DUKE ENERGY RENEWABLES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2017, I electronically filed the foregoing with the

Clerk of the Court using CM/ECF, which will send notification of such filing to all counsel of

record:

Jason Condor
Assistant U.S. Attorney
United States Attorney's Office
Post Office Box 449
Lander, WY 82520-0449
jason.condor@usdoj.gov

**and via US Mail to:**

Elinor Colbourn
Senior Counsel, Environmental Crimes Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044

Casey Stemler
Chief, Region 6 Migratory Bird Management
U.S. Fish & Wildlife Service
Post Office Box 25486
Denver Federal Center (60154)
Denver, CO  80225

/s/ Beau B. Bump

10423777_1